RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
P. KEVIN MOKHTARI (S.B. #253283)
kmokhtari@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendants
KIA MOTORS AMERICA, INC. and
KIA MOTORS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE SIMS and SAMMY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>                    Defendants. | Case No. 8:13-cv-01791 AG-DFM<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND DEFENDANTS' MOTION TO DISMISS AND/OR STRIKE ALLEGATIONS IN THIRD AMENDED CLASS ACTION COMPLAINT**<br><br>[Memorandum of Points and Authorities; [Proposed] Order filed/lodged concurrently herewith]<br><br>Hearing Date:    June 2, 2014<br>Time:              10:00 a.m.<br>Courtroom:      10D<br>Judge:            Hon. Andrew J. Guilford |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 2, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 10D of the above-captioned Court, located at 411 West Fourth Street, Santa Ana, California 92701, Defendants Kia Motors America, Inc. and Kia Motors Corporation (collectively, "Defendants") will and hereby do move this Court for an order dismissing and/or striking Plaintiffs' Third Amended Class Action Complaint ("Complaint") pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(6), and 12(f).

Specifically, Defendants seek an order:

(1) dismissing Plaintiffs' Unfair Competition Law ("UCL"), False Advertising Law ("FAL"), Consumer Legal Remedies Act ("CLRA"), and fraudulent concealment claims for failure to state a claim because these claims are based on non-actionable statements, because Defendants owed no duty to disclose the alleged defects, and/or because Plaintiffs have failed to meet the heightened pleading requirements of Rule 9(b);

(2) dismissing Plaintiffs' breach of implied warranty of merchantability claim for failure to state a claim;

(3) dismissing and/or striking class allegations regarding any vehicles other than the 2011 and 2013 model year Kia Soul on the basis that Plaintiffs lack standing to assert claims for products they did not purchase;

(4)  striking paragraphs 43–51, 53–54, 87, 100, and 111 of the Complaint setting forth alleged "false and misleading" statements, and any other allegations concerning alleged "false and misleading" statements because such statements and allegations are non-actionable; and/or

(5) striking paragraph 42 in its entirety, as well as the portions of paragraphs 19, 88(iv), and 101(iv) referring to the Ford Pinto of the Complaint, because such allegations are irrelevant, superfluous, and unduly prejudicial.

This Motion is made following the conference of counsel pursuant to Local

NOTICE OF MOTION & MOTION TO
DISMISS AND/OR STRIKE TAC
SACV13-01791 AG (DFMX)

1    Rule 7-3, which took place on April 21, 2014.

2         This Motion is based on this Notice of Motion and Motion, the concurrently

3    filed Memorandum of Points and Authorities, and all other pleadings, papers, and

4    evidence on file in this matter, any matters properly subject to judicial notice, and

5    such other matters or argument as may be provided on or before the hearing hereof.

6
7         Dated:  April 28, 2014              RICHARD B. GOETZ
                                              CARLOS M. LAZATIN
8                                             P. KEVIN MOKHTARI
                                              O'MELVENY & MYERS LLP
9
10                                            By:   /s/ Carlos M. Lazatin
                                                 CARLOS M. LAZATIN
11
                                              Attorneys for Defendants
12                                            KIA MOTORS AMERICA, INC. and
                                              KIA MOTORS CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION & MOTION TO
DISMISS AND/OR STRIKE TAC
SACV13-01791 AG (DFMX)