RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

DAVID R. KELLY (*pro hac vice*)
david.kelly@bowmanandbrooke.com
CARY A. SLOBIN (*pro hac vice*)
cary.slobin@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone:  (972) 616-1700
Facsimile:   (972) 616-1701

Attorneys for Defendants
KIA MOTORS AMERICA, INC. and
KIA MOTORS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE SIMS and SAMMY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>Defendants. | Case No. 8:13-cv-01791 AG-DFM<br><br>**NOTICE OF LODGING [PROPOSED] FINAL JUDGMENT**<br><br>Judge:  Hon. Andrew J. Guilford |

PLEASE TAKE NOTICE THAT defendants Kia Motors America, Inc., and Kia Motors Corporation lodge the [Proposed] Final Judgment, attached as Exhibit A, pursuant to the Court's request, *see* Court's Order Granting Motion to Dismiss Third Amended Class Action Complaint (Dkt. No. 57).

DATED: October 14, 2014

RICHARD B. GOETZ
CARLOS M. LAZATIN
O'MELVENY & MYERS LLP

DAVID R. KELLY
CARY A. SLOBIN
BOWMAN AND BROOKE LLP

By: /s/ Carlos M. Lazatin
Carlos M. Lazatin
Attorneys for Defendants, KIA MOTORS AMERICA, INC. and KIA MOTORS CORPORATION