RICHARD B. GOETZ (S.B. #115666)
rgoetz@omm.com
CARLOS M. LAZATIN (S.B. #229650)
clazatin@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

DAVID R. KELLY (*pro hac vice*)
david.kelly@bowmanandbrooke.com
CARY A. SLOBIN (*pro hac vice*)
cary.slobin@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
2501 N. Harwood Street, Suite 1700
Dallas, Texas 75201
Telephone:   (972) 616-1700
Facsimile:    (972) 616-1701

Attorneys for Defendants
KIA MOTORS AMERICA, INC. and
KIA MOTORS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE SIMS and SAMMY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>     Defendants. | Case No. 8:13-cv-01791 AG-DFM<br><br>**FINAL JUDGMENT**<br><br>Judge:   Hon. Andrew J. Guilford |

**[PROPOSED] FINAL JUDGMENT**

Having granted defendants Kia Motors America, Inc., and Kia Motors Corporation's (collectively, "Defendants") motion to dismiss without leave to amend, *see* Court's Order Granting Motion to Dismiss Third Amended Class Action Complaint (Dkt. No. 57),

THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that:

1. Judgment is entered in favor of Defendants and against Plaintiffs Constance Sims and Sammy Rodriguez on all of Plaintiffs' claims.

2. Plaintiffs shall recover nothing in this action.

IT IS SO ORDERED.


Dated:October 26, 2014

_____
Honorable Andrew J. Guilford
United States District Judge

[PROPOSED] FINAL JUDGMENT
8:13-CV-01791 AG-DFM