1  RICHARD B. GOETZ (S.B. #115666)
   rgoetz@omm.com
2  CARLOS M. LAZATIN (S.B. #229650)
   clazatin@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, California 90071-2899
   Telephone:  (213) 430-6000
5  Facsimile:  (213) 430-6407

6  DAVID R. KELLY (*pro hac vice*)
   david.kelly@bowmanandbrooke.com
7  CARY A. SLOBIN (*pro hac vice*)
   cary.slobin@bowmanandbrooke.com
8  BOWMAN AND BROOKE LLP
   2501 N. Harwood Street, Suite 1700
9  Dallas, Texas 75201
   Telephone:  (972) 616-1700
10 Facsimile:  (972) 616-1701

11

12 Attorneys for Defendants
   KIA MOTORS AMERICA, INC. and
13 KIA MOTORS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANCE SIMS and SAMMY RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>KIA MOTORS AMERICA, INC., and KIA MOTORS CORPORATION,<br><br>  Defendants. | Case No. 8:13-cv-01791 AG-DFM<br><br>**FINAL JUDGMENT**<br><br>Judge:  Hon. Andrew J. Guilford |

# [PROPOSED] FINAL JUDGMENT

Having granted defendants Kia Motors America, Inc., and Kia Motors Corporation's (collectively, "Defendants") motion to dismiss without leave to amend, *see* Court's Order Granting Motion to Dismiss Third Amended Class Action Complaint (Dkt. No. 57),

THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES that:

1. Judgment is entered in favor of Defendants and against Plaintiffs Constance Sims and Sammy Rodriguez on all of Plaintiffs' claims.

2. Plaintiffs shall recover nothing in this action.

IT IS SO ORDERED.

Dated: October 26, 2014

_____
Honorable Andrew J. Guilford
United States District Judge